In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by ELIOT SPITZER, as Attorney General of the State of New York, Respondent, v GASTON HOOKS JR., Individually and Doing Business as JUSTICE FOR ALL DOCUMENT PREPARATION, MEDIATION AND LAWYER REFERRAL FIRM, Appellant.

Submitted August 31, 2009; decided October 20, 2009

Reported below, 64 AD3d 1075.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABDUL-JABBOR MALIK, Appellant, v STATE OF NEW YORK, Respondent.

Decided October 20, 2009

Reported below, 58 AD3d 1042.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question. Moreover, here, there is no order of the Appellate Division granting appellant leave to appeal to the Court of Appeals.

In the Matter of MATTHEW PITT, Appellant, v KEITH DUBRAY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted September 8, 2009; decided October 20, 2009

Reported below, 2009 NY Slip Op 80081(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.